UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARICELA SANTIBANEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00171-O |
| | § | |
| TEXAS BOARD OF VETERINARY MEDICAL EXAMINERS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims are hereby **DISMISSED without prejudice** for lack of subject matter jurisdiction (Title I claim) and **with prejudice** for failure to state a claim (Title II, Title VII claims).

2. All costs shall be paid by the party incurring the same; and

3. All relief not expressly granted herein is denied.

**SO ORDERED** this **24th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE